# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONI SOARES ALVES, | Case No.  1:26-cv-00878-KES-SKO (HC) |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT NATALIA VIEIRA SANTANNA AS COUNSEL FOR PETITIONER AND TO SERVE ORDER ON FEDERAL DEFENDER |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Pursuant to the order issued on February 12, 2026, (Doc. 11), the appointing authority for the Eastern District of California has confirmed that attorney Natalia Vieira Santanna has been appointed as counsel for Petitioner, effective as of February 18, 2026.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court SHALL update the docket to reflect Attorney Natalia Vieira Santanna, Santanna Law Offices PC, 1900 Fruitvale Avenue, Suite 3F, Oakland, CA 94601, (510)922-0154, natalia@santannalaw.com, as counsel for Petitioner in this matter.

2. The Clerk of Court is DIRECTED to serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

3. Petitioner's appointed counsel is DIRECTED to meet and confer with

1

Respondent's counsel and the parties shall file a joint statement regarding case management and a proposed briefing schedule on or before February 26, 2026.

IT IS SO ORDERED.

Dated:   **February 19, 2026**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

2