UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONI SOARES ALVES,<br><br>       Petitioner,<br><br>   v.<br><br>Warden of the Golden State Annex<br>Detention Facility, et al.,<br><br>       Respondents. | No.  1:26-cv-00878-KES-SKO (HC)<br><br>A-Number: 241-755-072<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING BOND HEARING WITHING FOURTEEN DAYS<br><br>Docs. 1, 16 |

Petitioner Jhoni Soares Alves is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition.  Doc. 16.  Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within ten (10) days after service.  No party filed objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case.  Having carefully reviewed the matter, the Court finds that the findings

1

and recommendations correctly concluded that petitioner is entitled to a bond hearing where respondents bear the burden of proving that petitioner is a flight risk or danger to the community by clear and convincing evidence.  Given respondents' allegations that petitioner attempted to evade agents and fled from them before being apprehended, *see* Doc. 10, Ex. 1 at 6, the Court finds that a post-deprivation bond hearing, rather than a pre-deprivation hearing, is appropriate in this case.  *Cf. Guillermo M. R. v. Kaiser*, 791 F. Supp. 3d 1021, 1036 (N.D. Cal. 2025) (noting that "urgent concerns" may justify a post-deprivation hearing).

Accordingly,

1.     The findings and recommendations issued on March 9, 2026, Doc. 16, are ADOPTED in part.

2.     The petition for writ of habeas corpus is GRANTED.

3.     Respondents are ORDERED to provide petitioner Jhoni Soares Alves (A-Number: A-241-755-072) with a bond hearing before a neutral decisionmaker within fourteen (14) days of the date of this Order.  Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 48 hours' written notice before the bond hearing.  At that bond hearing, it is respondents' burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence.  If respondents do not provide petitioner with a bond hearing within fourteen days, then respondents must release him.

4.     The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   April 5, 2026

_____
UNITED STATES DISTRICT JUDGE

2